IN THE FEDERAL DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN    26-cv-43-jdp

STEVEN L. JOFFE, M.D. (DR. JOFFE)
PRO SE PLAINTIFF

V.

CHURCH & DWIGHT CO.

FILED/REC'D
2026 JAN 6 P 1:50
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

1) VIOLATION OF THE FALSE CLAIMS ACT (FCA) 31 U.S.C §§ 1327-1233

2) PETITION FOR INJUNTIVE RELIEF

3) DISGORGEMENT OF ILL-GOTTEN GAINS

## PARTIES

STEVEN L. JOFFE, M.D. IS A RETIRED EMERGENCY PHYSICIAN RESIDING AT ALL TIMES RELEVANT HERETO at 300 W. Seminary Ave #314 Lutherville, MD 21093

Church and Dwight Co. is the manufacturer and distributor of Zicam, whose coporate headquarter are located at 500 Charles Ewing Blvd Ewing township, NJ

Jurisdiction

As this case involves the violation of a federal statute, federal courts have jurisdiction over this matter.

## VENUE

The Federal Rules of civil Proceedure (FRCP) dictate

that the Venue must be chosen to be as convenient, geographically, to the Deffendant or Deffendants. As such, the Federal District Court for the Western District of Wisconsin is the propper Venue.

## Allegations

Deffendent has aired multiple television commercials promoting Zicam, claiming that Zicam will shorten the duration of the common cold. There are no well designed, peer reviewed, double blind studies that can support this claim. Zicam's annual net sales are predicted to be approximately $90 million

## DAMAGES

Aside from the cost to consumers for the product the use of Zicam creats the potential for sufferers of the common cold to forego standard medical advise. such as rest, forcing fluids, anti pyretics, etc.

JURISDICTION

## Jurisdiction cont.

As this case involves the violation of a federal statute, and considering the fact that the parties are residents of different states (MD, NJ) fulfilling the requirement for diversity jurisdiction. Federal Courts have jurisdiction over this matter.

## VENUE

THE FEDERAL RULES OF CIVIC Proceedure (FRCP) dictate that the venue must be chosen so as to be the most convenient, geographically, to Deffendant or Deffendants. As such, THE Federal District Court for Western District of Wisconsin is the propper venue.

## Allegations

Deffendant has aired multiple television commercials promoting Zicam, claiming that Zicam will shorten the duration of the common cold. There are no well designed

peer reviewed, double blind scientific studies published to support Deffendant's claims

## DAMAGES

Aside from the cost to the consumer for an essentially worthless product, annual predicted revenue from the sale of Zicam approaches or exceeds $90,000,000 (90 million U.S. dollars). the use of Zicam by a common cold sufferer might result in the individual foregoing standard medical advice i.e. rest, forcing fluids, antipyrities, etc.

## DEMANDS

Dr Joffe respectfully requests that this Court enjoins Deffendant from airing T.V. commercials as characterized supra.

Further, Dr Joffe asks this Court to command Deffendant to disgorge all ill-gotten gains, and to use said funds to produce a Public Service Announcement (PSA) disavowing all false claims and airing such PSA's

prime time only

Demands, cont.

Respectfully Submitted,

*[signature]*

Steven L. Joffe, M.D.
300 W. Seminary Ave #319
Lutherville, MD 21093
stevejoffe@comcast.net
(410) 456-4362