IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN L. JOFFE, M.D.,

    Plaintiff,

v.

CHURCH & DWIGHT CO., INC.,

    Defendant.

ORDER

Case NO. 26-cv-43-jdp

Plaintiff Steven L. Joffe has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915 and has filed an affidavit of indigency in support of the request.

The court has considered plaintiff's income, assets, obligations, and other circumstances, and finds that his financial situation does not warrant a determination of indigency. Plaintiff lives permanently in assisted living, the cost of which is considerable. However, there is no indication that plaintiff pays the cost himself, and not an insurance provider. He owns a modest home and investments, and he receives $4,500 a month from social security and a pension. He has no other expenses and no dependents. Accordingly, plaintiff must prepay the $405 fee[1] to commence this civil action.

ORDER

IT IS ORDERED that plaintiff Steven L. Joffe's petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $405 fee no later than March 2, 2026. If plaintiff fails to do so, and fails to show cause why he could not, then I will assume that

---

[1] Effective December 1, 2023, the total cost of filing a new civil action is $405— a $350 statutory fee, plus a $55 miscellaneous administrative fee.

plaintiff wants to withdraw this action voluntarily and his case will be dismissed without prejudice.

Entered this 10th day of February, 2026.

BY THE COURT:

_____
ANDREW R. WISEMAN
Magistrate Judge